**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SUSAN L. HARMON, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No.  10-15329 ELF |
| | | : | |

# O R D E R

**AND NOW**, upon consideration of the U.S. Trustee's Motion to Dismiss the above chapter 7 case ("the Motion"), the Debtor's response thereto, and after an evidentiary hearing, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that:

1. The Motion is **GRANTED**.

2. Unless the Debtor files a motion to convert this case from chapter 7 to chapter 13 or chapter 11 **on or before March 1, 2011**, this case will be **DISMISSED forthwith**.

Date:  February 16, 2011

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE